**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1)PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, a reciprocal insurance exchange, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No: 17-cv-00661-CVE-JFJ |
| | ) | |
| vs. | ) | |
| | ) | |
| (1)KYLE WEST, | ) | |
| | ) | |
| Serve: 2933 E. 104th Street | ) | |
| Tulsa, OK 74137 | ) | |
| | ) | |
| (2)ANGELA WEST, and | ) | |
| | ) | |
| Serve:  10807 South Oswego Avenue | ) | |
| Tulsa, Oklahoma 74137 | ) | |
| | ) | |
| (3)ARVEST BANK, | ) | |
| | ) | |
| Serve:  Arvest Bank - Mortgage Division | ) | |
| 200 Parkwood Street | ) | |
| Lowell, AR 72745 | ) | |
| | ) | |
| Defendants. | ) | |

<u>**COMPLAINT FOR INTERPLEADER**</u>

COMES NOW Plaintiff Privilege Underwriters Reciprocal Exchange ("PURE"), a reciprocal insurance exchange, by and through its undersigned counsel, and for its Complaint for Interpleader, herein states as follows:

## I.    PARTIES

1.    PURE is a reciprocal insurance exchange with members residing in Oklahoma.

2.    Defendant Kyle West is an individual residing in Tulsa, Oklahoma and may be served with summons and this Complaint at 2933 E. 104th Street, Tulsa, OK 74137, in accordance with Fed. R. Civ. P. 4(e).

3. Defendant Angela West is an individual residing in Tulsa, Oklahoma and may be served with summons and this Complaint at 10807 South Oswego Avenue, Tulsa, Oklahoma 74137, in accordance with Fed. R. Civ. P. 4(e).

4. Defendant Arvest Bank is an Arkansas banking corporation with its main office and principal place of business in Arkansas. Service of summons and this Complaint may be made by delivering a copy to Arvest Bank - Mortgage Division at 200 Parkwood Street, Lowell, AR 72745, in accordance with Fed. R. Civ. P. 4(e).

## II.    BASIS FOR JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. §1335 because this case is an interpleader action and there are two or more adverse claimants of diverse citizenship claiming, or who may claim title, to the interpled funds, and the funds in controversy are insurance proceeds totaling $110,804.02 and thus exceed $500.

6. Venue is proper under 28 U.S.C. § 1397 because a claimant to the funds resides in the Norther Division of Oklahoma and the original insured location at 10807 South Oswego Avenue, Tulsa, Oklahoma 74137 ("insured location") that is the subject of this Complaint for interpleader is also situated in the Northern District of Oklahoma; specifically, Tulsa, Oklahoma.

## III.    STATEMENT OF INTERPLEADER ACTION

7. PURE is an insurance carrier that issued a Homeowners Policy providing coverage for the insured location to named insureds, defendants Kyle and Angela West, policy number HO034060103.

8. The insured location sustained covered damages and a claim was made under the policy.

9. A dispute has arisen between defendants Kyle West and Angela West as to who is

entitled to the insurance proceeds, totaling $110,804.02.

10.    Defendant Arvest Bank holds a mortgage on the insured location and has an interest in any insurance proceeds paid as a result of damage to the insured location.

11.    PURE has received multiple conflicting claims to the insurance proceeds from the unpaid claimant defendants, and the conflicting claims could expose PURE to multiple potential liabilities. Persons having claims against the plaintiff may be joined as defendants and required to interplead when their claims are such that the plaintiff is or may be exposed to double or multiple liability. 28 U.S.C. §1335 and 12 O.S. Section 2022 (A).

12.    Filed herewith, PURE requests that this Court grant its Motion for Leave to Deposit Funds into the Court Registry and order PURE to deposit the insurance proceeds with the Court or to such person(s) as the Court may direct so the defendants can assert their claims against the proceeds and this Court can Order a proper distribution of the proceeds as it sees fit.

### IV.    RELIEF

13.    PURE requests that:

a.  Each defendant be restrained from instituting any action against PURE for recovery of the insurance proceeds or any part of it;

b.  All defendants be required to participate in this interpleader action and settle among themselves their rights to the insurance proceeds and that PURE be discharged from all liability;

c.  Plaintiff recover costs and reasonable attorney's fees; and

d.  The Court grants any further relief as may be just and proper under the circumstances of this case.

### V.    CERTIFICATION AND CLOSING

WHEREFORE, premises considered, Privilege Underwriters Reciprocal Exchange hereby requests that this Honorable Court issue process for all defendants, grant the Interpleader relief requested above, declare the lawful distribution of the insurance proceeds, and for such other and further relief as PURE may be justly entitled.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) this Complaint otherwise complies with the requirements of Rule 11.

Respectfully submitted,

**SMILINGS, SMILINGS & BURGESS**

*/s/ Shena E. Burgess*_____
Timothy F. Crow, OBA#13591
Shena E. Burgess, OBA#18663
Bradford Place, Suite 300
9175 S. Yale Avenue
Tulsa, OK 74137
Telephone:  918-477-7500
Facsimile:  918-477-7510
sburgess@smilinglaw.com
tcrow@smilinglaw.com
***Co-Counsel for Plaintiff Privilege Underwriters
Reciprocal Exchange***

and

**BOYLE BRASHER LLC**

*/s/ Richard I. Woolf*_____
Richard I. Woolf, *pro hac vice* pending
Joshua S. Davis, *pro hac vice* pending
One Metropolitan Square
211 North Broadway, Suite 2300
St. Louis, Missouri 63102
(314) 621-7700
(314) 621-1088 (Fax)
rwoolf@boylebrasher.com
jdavis@boylebrasher.com
***Co-Counsel for Plaintiff Privilege Underwriters
Reciprocal Exchange***

5218759